Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA BANNER, | ) | Case No.  20-cv-06758-NC |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|  | ) |  |
| LIVONGO HEALTH INC., CHRISTOPHER BISCHOFF, SANDRA FENWICK, KAREN L. DANIEL, PHILIP D. GREEN, HEMANT TANEJA, GLEN E. TULLMAN, and ZANE BURKE, | ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Joshua Banner ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: November 5, 2020 | WEISSLAW LLP<br>Joel E. Elkins<br><br>By: */s/ Joel E. Elkins*<br><br>Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone:  310/208-2800<br>Facsimile:   310/209-2348<br>           -and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY  10036<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010<br><br>*Attorneys for Plaintiff* |
| **BRAGAR EAGEL & SQUIRE, P.C.**<br>Alexandra B. Raymond<br>885 Third Avenue, Suite 3040<br>New York, New York 10022<br>Tel: (646) 860-9158<br>Fax: (212) 214-0506<br>Email: raymond@bespc.com<br><br>*Attorneys for Plaintiff* | |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL